# United States District Court
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      *Plaintiff*,

                             **APPEARANCE**

v.

               CASE NUMBER: No. CR-26-271-G

STEPHEN JOHNSON,

      *Defendant*.

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for Defendant Stephen Johnson, I certify that I am admitted to practice in this court and am registered with the Court's ECF system.


June 26, 2026                    *s/J. Patrick Quillian*
                                    J. Patrick Quillian, OBA# 20811
                                    Phillips, Coventon, Quillian & Banner, PLLC
                                    1900 Northwest Expressway, Suite 601
                                    Oklahoma City, OK 73118
                                    Telephone: (405) 418-8888
                                    Facsimile: (405) 260-9573
                                    Email:  jpatrickquillianpc@gmail.com

### CERTIFICATE OF SERVICE

   X        I hereby certify that on June 26, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have entered their appearance in this matter, including Assistant United States Attorney D.H. Dillbeck.

                                          **s/ J. Patrick Quillian**
                                          **J. Patrick Quillian, OBA#20811**